**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER BUMGARDNER,<br><br>Defendant. | Case No. 2:16-cr-00189-LRH-NJK |

Based on the request of counsel, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the United States Marshals Service will transport Christopher Bumgardner from the Nevada Southern Detention Center in Pahrump, NV to the High Desert State Prison in Indian Springs, NV until the resolution of his federal proceedings.

DATED July 19, 2016.

_____

UNITED STATES MAGISTRATE JUDGE